Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

■

## In the Matter of Brenda Joyce HAMER.

### No. 599 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 3, 2000.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of August, 2000, a Rule having been entered by this Court on June 28, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Brenda Joyce Hamer to show cause why she should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Brenda Joyce Hamer is placed on temporary suspension and she shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

■

## In the Matter of Gregory Henry WHEELER.

### No. 597 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 18, 2000.

### ORDER

PER CURIAM:

AND NOW, this 18th day of August, 2000, Gregory Henry Wheeler having been suspended from the practice of law in the State of New Jersey for a period of three years by Order of the Supreme Court of New Jersey dated March 14, 2000; the said Gregory Henry Wheeler having been directed on June 16, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Gregory Henry Wheeler is suspended from the practice of law in this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.